IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN HOUSER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-0676** |
| | : | |
| **ARTHUR FELDMAN AND TEMPLE UNIVERSITY,** | : | |
| | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 26th day of October, 2021, upon consideration of Plaintiff Steven Houser's Motion for a Protective Order (ECF No. 51) and Defendant Temple University's response thereto (ECF No. 56), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**