IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN HOUSER, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-0676 |
| | : | |
| ARTHUR FELDMAN AND TEMPLE UNIVERSITY, | : | |
| | : | |
|     Defendants. | : | |

### O R D E R

**AND NOW**, this 27th day of October, 2021, upon consideration of Defendant Temple University's and Defendant Arthur Feldman's Motions to Dismiss the Amended Complaint (ECF Nos. 34, 35, 40, 41), Plaintiff Steven Houser's response thereto (ECF No. 38) and Plaintiff's Motion to Strike Defendants' Responses or Leave to File Sur-Reply (ECF No. 45) and Defendants' responses thereto and Motions for leave to file Sur-Sur-Replies (ECF Nos. 54, 55),

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Strike and the Parties' cross-motions for additional briefing (ECF Nos. 45, 54, 55) are **DENIED AS MOOT**.

2. Defendant Arthur Feldman's Motion to Dismiss Plaintiff's misappropriation claims against Feldman under the Defend Trade Secrets Act ("DTSA") is **GRANTED**. Plaintiff's trade secret misappropriation claims under the DTSA against Defendant Feldman are **DISMISSED WITH PREJUDICE**.

3. Defendant Temple University's Motion to Dismiss Plaintiff's DTSA misappropriation claims against Temple University is **GRANTED** with respect to acts which occurred prior to May 11, 2016 and any such claims are **DISMISSED WITH PREJUDICE**.

4. Defendant Temple University's Motion to Dismiss Plaintiff's DTSA misappropriation claims against Temple University is **DENIED** in all other respects.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**