IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN HOUSER, | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-0676** |
| | : | |
| ARTHUR FELDMAN AND TEMPLE | : | |
| UNIVERSITY, | : | |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this 28th day of April, 2022, upon consideration of Defendant Temple

University's and Defendant Arthur Feldman's Motions to Dismiss the Amended Complaint

(ECF Nos. 64, 65, 70, 71), and Plaintiff Steven Houser's response in opposition thereto (ECF

Nos. 67, 68), **IT IS HEREBY ORDERED**:

1. Defendant Temple University's Motion to Dismiss Plaintiff's Breach of Contract

   Claim is **GRANTED** with respect to Plaintiff's claim arising from Temple's two

   investigations into Plaintiff's paper and ties to Pietro Anversa, and the complaint

   from the Office of Research Integrity of Department of Health and Human Services.

   Plaintiff's Breach of Contract, is **DISMISSED WITH PREJUDICE** only to the

   extent that it is premised on these theories,

2. Defendants' Motion to Dismiss Plaintiff's Claim for Trade Secret Misappropriation

   under the Pennsylvania Uniform Trade Secrets Act ("PUTSA"), 12 Pa. C.S. § 5301,

   is **GRANTED** with respect to Plaintiff's claims that Feldman stole his trade secrets in

   2014 or 2015 and used his trade secrets in a paper published in 2015.  Plaintiff's

   PUTSA claim is **DISMISSED WITH PREJUDICE** only to the extent it is premised

1

on these alleged misappropriations,

3.  Defendant Arthur Feldman's Motion to Dismiss Plaintiff's claim for Defamation is

    **GRANTED** with respect to those allegedly defamatory statements made before

    October 10, 2019.  Plaintiff's Defamation claim is **DISMISSED WITH**

    **PREJUDICE** only to the extent it is premised on these alleged defamatory

    statements.

4.  Houser's Claims for Specific Injunction and a Constructive Trust are construed as ad

    damnum clauses.

5.  Defendants' Motions to Dismiss are **DENIED** in all other respects.

                                        **BY THE COURT:**


                                        **/S/WENDY BEETLESTONE, J.**

                                        _____
                                        **WENDY BEETLESTONE, J.**