# Exhibit "A"

Message

| | |
|---|---|
| **From:** | STEVEN R. HOUSER [srhouser@temple.edu] |
| **Sent:** | 12/24/2019 3:15:10 PM |
| **To:** | Molkentin, Jeffery (Jeff) [Jeff.Molkentin@cchmc.org] |
| **Subject:** | Re: congrats |

Typical Feldman. Alway evil. You might remind him that you and I have a grant to explore new ways to repair the heart.
Sent from my iPhone

On Dec 24, 2019, at 2:14 PM, Molkentin, Jeffery (Jeff) <Jeff.Molkentin@cchmc.org> wrote:

Hmmmm

*Sent from my Verizon LG Smartphone*

------ Original message------
**From:** Feldman, Arthur
**Date:** Tue, Dec 24, 2019 2:03 PM
**To:** Molkentin, Jeffery (Jeff);
**Cc:**
**Subject:** congrats

Jeff: I just read your elegant paper in nature. BRAVO – finally clarity on stem cells. Have a happy and healthy new year. All the best, Art

Arthur M. Feldman, MD, PhD, FACC
Laura H. Carnell Professor of Mediciine
Lewis Katz School of Medicine at Temple University
*All of Us Pennsylvania - Philadelphia*
3440 N. Broad Street
Kresge E. Suite 200
Philadephia, PA 19140
215-707-4036 (direct)
215-718-7231 (cell)
215-707-1673 (office)

This electronic message is intended to be for the use of the named recipient, and may contain information that is confidential or privileged. This communication may contain protected health information (PHI) that is legally protected from inappropriate disclosure by the Privacy Standards of the Health Insurance Portability and Accountability Act (HIPAA) and relevant Pennsylvania Laws. You can direct questions concerning PHI or HIPAA to the Corporate Compliance and Privacy Officer at (215) 707-5605. If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, you should notify the sender immediately by telephone or by return e-mail and delete and destroy all copies of this message.