# Exhibit "B"

```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                       - - -


STEVEN HOUSER, Ph.D.,           CIVIL ACTION
FAHA,

           Plaintiff,

    V.                          NO. 2021-00676

TEMPLE UNIVERSITY and              CERTIFIED
ARTHUR M. FELDMAN, Ph.D.,           TRANSCRIPT

           Defendants.


                     VOLUME 1
```

Video deposition of ARTHUR M. FELDMAN, M.D., Ph.D., held at the offices of JuriSolutions, 1500 John F. Kennedy Blvd., 18th Floor, Philadelphia, Pennsylvania, on Wednesday, June 22, 2022, commencing at approximately 11:36 a.m., before Joanne Rose, a Registered Merit Reporter, Certified Realtime Reporter and Notary Public, pursuant to notice.

HOUSER, Ph.D., FAHA vs TEMPLE UNIVERSITY, et al  Page 2
ARTHUR M. FELDMAN, M.D., Ph.D., 06/22/2022

```
 1   APPEARANCES:

 2       ND GALLI LAW, LLC
         BY:   NICOLE D. GALLI, ESQ.
 3       ndgalli@ndgallilaw.com
         One Liberty Place
 4       1650 Market Street
         Suite 3600
 5       Philadelphia, PA 19103
         215-525-9580
 6           Attorney for Plaintiff

 7       WISLER PEARLSTINE, LLP
         BY:   DAVID M. BURKHOLDER, ESQUIRE
 8       dburkholder@wispearl.com
         460 Norristown Road
 9       Suite 110
         Blue Bell, PA  19422
10       610-825-8400
             Attorney for Plaintiff
11
         SAUL EWING ARNSTEIN & LEHR LLP
12       BY:   JAMES A. KELLER, ESQ.
         james.keller@saul.com
13       Centre Square West, 38th Floor
         1500 Market Street
14       Philadelphia, PA  19102
         215-972-1964
15           Attorney for Defendant
             Temple University
16
         RUBIN, FORTUNATO & HARBISON, P.C.
17       BY:   MICHAEL J. FORTUNATO, ESQ.
         mfortunato@rubinfortunato.com
18       BY:   RACHAEL LUKEN CARP, ESQ.
         rcarp@rubinfortunato.com
19       1200 Liberty Ridge Drive
         Suite 220
20       Wayne, PA 19087
         610-408-2010
21           Attorneys for Defendant
             Arthur M. Feldman, M.D., Ph.D.
22

23   ALSO PRESENT:

24       Steven Houser, Ph.D., FAHA

25       Phillip Roller, Videographer
```

HOUSER, Ph.D., FAHA vs TEMPLE UNIVERSITY, et al                              Page 3
ARTHUR M. FELDMAN, M.D., Ph.D., 06/22/2022

1                        EXAMINATION INDEX
2    WITNESS                                                    PAGE
3    ARTHUR M. FELDMAN, M.D., Ph.D.
4        BY MS. GALLI . . . . . . . . . . . . . . . 5
5                          - - -
6      (No exhibits were marked for identification.)
7                          - - -
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                VIDEOGRAPHER:  We are now on the
2    record.  My name is Phillip Roller.  I'm a
3    videographer retained by Advanced Depositions.
4                This is the video deposition for the
5    United States District Court for the Eastern
6    District of Pennsylvania.  Today's date is June 22,
7    2022.  The video time is 11:36 a.m.
8                This deposition is being held at 1500
9    JFK Boulevard, 18th Floor, Philadelphia,
10   Pennsylvania, in the matter of Houser vs. Temple
11   University, et al.  The deponent is Dr. Arthur M.
12   Feldman.
13               Will all counsel please identify
14   themselves for the record.
15               MS. GALLI:  Nicole Galli, counsel for
16   Dr. Houser with ND Galli Law.
17               MR. BURKHOLDER:  David Burkholder,
18   counsel for plaintiff from Wisler Pearlstine.
19               MR. KELLER:  James Keller from Saul
20   Ewing Arnstein & Lehr for defendant Temple
21   University.
22               MS. CARP:  Rachael Carp from Rubin,
23   Fortunato & Harbison for Dr. Feldman.
24               MR. FORTUNATO:  Michael Fortunato from
25   Rubin, Fortunato & Harbison for Dr. Feldman.

1                VIDEOGRAPHER: The court reporter,
2  Joanne Rose, will now swear in the witness.
3                ARTHUR M. FELDMAN, M.D., Ph.D., having
4  been duly sworn, was examined and testified as
5  follows:
6                        EXAMINATION
7  BY MS. GALLI:
8  **Q.     Good morning, Dr. Feldman.**
9  A.     Good morning.
10               MR. FORTUNATO: We'll take the
11 deposition pursuant to the Federal Rules of Civil
12 Procedure?
13               MS. GALLI: Absolutely. And it will
14 probably be useful to have the witness read and
15 sign.
16               MR. FORTUNATO: Yes. We'll waive
17 certification and sealing.
18               MS. GALLI: Right, always a fun one.
19 BY MS. GALLI:
20 **Q.     Dr. Feldman, you were at Dr. Houser's**
21 **deposition, were you not?**
22 A.     I was.
23 **Q.     And presumably you heard your counsel review**
24 **some basic ground rules of being deposed with**
25 **Dr. Houser?**

1  Q.      What do you believe?
2  A.      Well, I don't think, I don't think -- this
3  isn't about beliefs.  This is about, you know,
4  black or white or yes or nos.  I just don't know.
5  Q.      You've sued Dr. Houser for defamation.
6  Right?
7  A.      I have.
8  Q.      And you believe he's defamed you?
9  A.      I believe he has.
10 Q.      When do you think that started?
11 A.      I know -- you know, I have documentation
12 obviously in the allotted time period, but I
13 haven't looked further back than that.
14              But I note -- my guess is that it's
15 been going on, I don't know, some period of time.
16 I don't know when it started.  I would have no way
17 of knowing that.
18 Q.      When is the earliest you think it started?
19 A.      I don't know.
20 Q.      I didn't ask what you know.  I asked what
21 you believe.
22 A.      I, I don't have a belief.  I don't -- I
23 think you can only -- you know, those kind of
24 things you can only say something if you know for a
25 fact that something occurred.

1                And I don't think this is, you know,
2     this is an issue of beliefs.  It's an issue of what
3     do you know, what have you seen.
4                I mean, I was shocked by, you know,
5     some of the things that I saw in the emails, but
6     those are, those are written.  I don't have any
7     beliefs.  I either saw something or I didn't see
8     something.  I know something or I didn't know
9     something.
10    Q.    Prior to seeing any documents that were
11    produced in this case, did you have any knowledge
12    of any defamatory conduct on behalf of -- on the
13    part of my client towards you?
14    A.    I did not have any hard evidence.  I mean,
15    people had... you know, people talk all the time
16    but I have no hard evidence.
17    Q.    What have you been told prior to that?
18    A.    You know, I -- you hear all kinds of things.
19                In a small academic institution like
20    Temple where everybody knows everybody else and
21    everybody talks to everybody else you hear things.
22    And you don't know what's true and what isn't true.
23    Q.    What have you heard?
24    A.    I heard the same things that were, that were
25    in the documents.  If you want to talk about

1  documents, I'm more than happy to do that.
2  Q.     I don't want to talk about documents, sir.
3  A.     But I'm not going to tell -- I'm not going
4  to -- I don't think -- it's, it's -- I wouldn't
5  expect him to be able to sit here and tell me about
6  things that I supposedly said about him.
7         And I'm not going to sit here and tell
8  you about things that I've heard that he supposedly
9  said about me because that's all hearsay.  It's not
10 relevant.
11 Q.     Dr. Feldman, the rules of hearsay do not
12 apply to depositions.
13 A.     Okay.
14        MR. FORTUNATO:  That's not a question.
15 That's a statement.  So you don't need to educate
16 him on the law.
17        If you want to ask him a question, you
18 can ask him a question.  And he'll give you the
19 answer to the best of his recollection and
20 information.
21        MS. GALLI:  Except that your client is
22 refusing to answer my question, sir.  If you'd like
23 to call the Court so that I can have the judge
24 explain to him that he needs to answer my
25 questions, we can do that.

```
 1                Would you like a moment to confer with
 2   your client and explain to him that he needs to
 3   answer my questions regardless of whether or not
 4   they're hearsay?
 5                MR. FORTUNATO:  You can do whatever
 6   you want, Nicole.  You can ask whatever questions
 7   you'd like.  Dr. Feldman is here giving you his
 8   testimony.
 9                MS. GALLI:  No, he's not.  He's
10   refusing to answer my questions.
11                MR. FORTUNATO:  I think his answer
12   covers about a page and a half on the, on the
13   transcript.
14   BY MS. GALLI:
15   Q.    Dr. Feldman, I would like you to answer my
16   questions.  It is not your place to tell me whether
17   or not I can -- it's hearsay.  Your place is to
18   answer my questions.
19                Can we do that?
20   A.    Sure.
21   Q.    All right.  What did you hear people telling
22   you that Dr. Houser said about you, sir?
23   A.    Let me think of -- I have to think of an
24   example.
25   Q.    Take as much time as you need.
```

HOUSER, Ph.D., FAHA vs TEMPLE UNIVERSITY, et al  
ARTHUR M. FELDMAN, M.D., Ph.D., 06/22/2022

Page 90

```
 1  A.     Okay.  Somebody told me that he, he told
 2  them or told somebody else that he didn't think
 3  that BAG3 was going to go anywhere, that it was
 4  just a flash in the pan.
 5  Q.     Who told you that?
 6  A.     I don't remember.
 7  Q.     Okay.  What else have you heard?
 8  A.     Well, let me quote -- let me, let me quote
 9  Dr. Houser.
10              So when he came to see me my first day
11  on the job, he came up to my office on the 11th
12  floor and he walked in and he told me four things.
13              He told me that he became an
14  investigator because he didn't want to be a
15  physician.  Excuse me.  I'm sorry.  He didn't like,
16  he didn't like medical school.
17              He told me that he had fired -- gotten
18  the last two deans fired, which I kind of saw as a
19  threat.  He told me that he went to college at
20  Eastern because he wanted to play basketball and if
21  he had gone to Penn, he wouldn't have gotten onto
22  the floor very much.
23              And he told me that I should watch
24  Dr. Khalili very carefully because Dr. Khalili was
25  not honest in his research and that I shouldn't,
```

1  you know, hook up with him.
2  Q.     Isn't it true that Dr. Houser -- that you
3  reached out to Dr. Houser and asked him to help you
4  get a job at Temple?
5  A.     I don't -- so I don't remember that.  I
6  was -- I was offered the chairmanship of the
7  Department of Medicine at Temple in 2002.
8             Maybe that's what you're referring to.
9  I'm not sure.
10 Q.     All right.  What else do you recall people
11 saying that Dr. Houser has said about you?
12 A.     That's all I recall.
13 Q.     Nothing else?
14 A.     No.
15 Q.     Have you received any royalties as an
16 inventor on the BAG3 IP?
17 A.     No.
18 Q.     Do you know if Temple has received any
19 royalties on the BAG3 IP?
20 A.     You'd have to ask Temple.  I don't know.
21 Q.     Okay.  So I believe that you have done
22 research on mice.  Correct?
23 A.     Correct.
24 Q.     Have you ever performed your own research on
25 pigs?