**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEVEN HOUSER, Ph.D., FAHA<br>*Plaintiff*,<br><br>v.<br><br>TEMPLE UNIVERSITY AND<br>ARTHUR M. FELDMAN, MD, PHD<br>*Defendants*. | )<br>)<br>) Civil Action No. 2021-00676<br>)<br>)<br>)<br>) JURY TRIAL DEMAND<br>)<br>) |

**ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion of Plaintiff, Steven Houser, Ph.D., FAHA, to Dismiss the Counterclaims of Defendant, Arthur M. Feldman, MD, Ph.D., and any response thereto, it is hereby ORDERED that the Motion is **GRANTED**.  Counts I and II of Dr. Feldman's Counterclaim against Dr. Houser are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
Hon. Wendy Beetlestone