**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEVEN HOUSER, PH.D., FAHA, | ) | |
| *Plaintiff*, | ) | |
| | ) | Civil Action No. 02:21-cv-0676-WB |
| v. | ) | |
| | ) | |
| TEMPLE UNIVERSITY AND | ) | |
| ARTHUR M. FELDMAN, MD, PHD, | ) | |
| *Defendants*. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of Dr. Houser's Motion to

Dismiss Dr. Feldman's Counterclaims, Memorandum in support of Motion, and Proposed Order

were served upon all counsel of record below via the Court's ECF system on the date below.

James A. Keller, Esquire
Darius C. Gambino
Carolyn A. Pellegrini
Saul Ewing Arnstein & Lehr LLP
1500 Market Street
Philadelphia, PA 19102
(215) 972-1964
james.keller@saul.com
darius.gambino@saul.com
carolyn.pellegrini@saul.com
*Counsel for Defendant, Temple University*

Michael J. Fortunato, Esquire
Rachael Luken Carp, Esquire
Rubin, Fortunato & Harbison P.C.
10 South Leopard Road
Paoli, PA 19301
mfortunato@rubinfortunato.com
rcarp@rubinfortunato.com

*Counsel for Defendant, Arthur Feldman
MD; Ph.D.*

**WISLER PEARLSTINE, LLP**

Date: July 6, 2022

By: */s/ Courtney A. Keaveney*
David M. Burkholder, Esquire
Courtney A. Keaveney, Esquire
460 Norristown Road, Suite 110
Blue Bell, PA  19422

*Attorneys for Plaintiff, Steven Houser,
Ph.D., FAHA*

{02660322 }