UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN HOUSER, PH.D., FAHA,<br>    Plaintiff, | No. 2:21-CV-00676 |
| vs. | Judge Beetlestone |
| TEMPLE UNIVERSITY | |
| and | |
| ARTHUR M. FELDMAN, MD, PHD, | |
|     Defendants. | |

**STIPULATED ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Local Rule 41.1(b), Plaintiff Steven Houser, Ph.D., FAHA, Defendant Temple University and Defendant Arthur M. Feldman, MD, Ph.D, by and through their undersigned attorneys, hereby agree and stipulate that the claims asserted by Plaintiff Steven Houser, Ph.D., FAHA against all Defendants in the complaint filed in this action are dismissed, with prejudice, and the claims asserted by Defendant Arthur M. Feldman, MD, Ph.D, against Plaintiff Steven Houser, Ph.D., FAHA, are dismissed, with prejudice. Each undersigned party is to bear its own costs, and all rights of appeal and to attorneys' fees are waived.

Respectfully submitted,

/s/*David M. Burkholder*
David M. Burkholder, Esquire
Courtney A. Keaveney, Esquire
dburkholder@wispearl.com
ckeaveney@wispearl.com
**WISLER PEARLSTINE, LLP**
460 Norristown Road, Suite 110
Blue Bell, PA 19422
Telephone:     (610) 825-8400
Facsimile:     (610) 828-4887
*Counsel for Plaintiff,*
*Steven Houser, Ph.D., FAHA*

/s/*James A. Keller*
James A. Keller, Esquire
Darius C. Gambino
Carolyn A. Pellegrini
Saul Ewing Arnstein & Lehr LLP
1500 Market Street
Philadelphia, PA 19102
(215) 972-1964
james.keller@saul.com
darius.gambino@saul.com
carolyn.pellegrini@saul.com
*Attorneys for Defendant Temple University*

/s/*Rachael L. Carp*
Michael J. Fortunato, Esquire
Rachael Luken Carp, Esquire
Rubin, Fortunato & Harbison P.C.
10 South Leopard Road
Paoli, PA 19301
mfortunato@rubinfortunato.com
rcarp@rubinfortunato.com
*Attorneys for Defendant Arthur Feldman, MD, Ph.D.*

**IT IS SO ORDERED** on this _____ day of _____, 2023.

_____
WENDY BEETLESTONE
UNITED STATES DISTRCIT JUDGE